No. 25234.

Court of Criminal Appeals of Texas.

March 7, 1951.

No attorney, for appellant.

## CATHEY v. STATE.

No. 25184.

Court of Criminal Appeals of Texas.

March 7, 1951.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from a conviction for assault with intent to murder, with a sentence of ten years in the penitentiary.

The record is brought forward without a statement of facts or bill of exception. The proceedings appear regular in every respect and nothing is presented for review by this Court.

The judgment of the trial court is affirmed.